UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

FILED
97 JUN 30 AM 9: 22
U.S. DISTRICT COURT
N.D. OF ALABAMA

NELLIE M. ALEXANDER,                }
                                    }
    Plaintiff,                      }
                                    }
v.                                  }   CASE NO. CV 96-B-2988-NW
                                    }
THE INDEPENDENT LIFE AND            }
ACCIDENT INSURANCE                  }
COMPANY, et al.,                    }
                                    }   ENTERED
    Defendants.
                                        JUN 30 1997

MEMORANDUM OPINION

This case is before the court on the Motion to Remand filed by plaintiff Nellie Alexander. The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the plaintiff's Motion is due to be granted. This court has previously considered the issues raised by the parties in this case and concluded that the court lacked subject matter jurisdiction. *See Sargent v. Combined Insurance Company of America*, No. CV-96-B-2344-NW (N.D. Ala. June 30, 1997); *Rodgers v. Independent Life and Accident Insurance Company*, No. CV-96-B-3024-J (N.D. Ala. April 30, 1997). Based on those opinions, and in accordance with the recommendation of the Magistrate Judge, the plaintiff's motion for remand is due to be granted. An appropriate Order will be entered contemporaneously herewith.

DONE this 30th day of June, 1997.

Sharon Lovelace Blackburn
SHARON LOVELACE BLACKBURN
United States District Judge

13